IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.96-CR-30036-WDS |
| ) | |
| BRIAN McNEESE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Before the Court is the government's motion to dismiss a writ of continuing garnishment (Doc. 107). Upon review of the record, the Court **GRANTS** the motion, and the writ of garnishment entered on September 14, 2009, (Doc. 105) is hereby **DISMISSED.**

**IT IS SO ORDERED**

**DATE:   17 November, 2010**

　　　　　　　　　　　　　　　　**/s/  WILLIAM D. STIEHL**
　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**